# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**PATRICK HAIR,**
Appellant,

v.

**REEMPLOYMENT ASSISTANCE APPEALS COMMISSION,** and
**BROWARD COUNTY SUPERVISOR OF ELECTIONS,**
Appellees.

No. 4D17-3661

[June 7, 2018]

Appeal from the State of Florida, Reemployment Assistance Appeals Commission; L.T. Case No. 17-02441.

Patrick Hair, Sunrise, pro se.

Katie E. Sabo, Tallahassee, for Reemployment Assistance Appeals Commission.

PER CURIAM.

*Affirmed.*

WARNER, TAYLOR, and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***